**EXHIBIT 1**: PHOTOGRAPH #1

