**EXHIBIT 2:** INFRINGEMENT #1

URL: https://whoradio.iheart.com/content/2019-05-01-the-richest-zip-code-in-america-its-not-in-new-york-or-california/

